IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLIFFORD LOUIS RUSH, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:16CV170 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL THURBER, Director, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

The court has conducted an initial review of the Petition for Writ of Habeas Corpus (Filing No. 1) to determine whether the claims made by Petitioner are, when liberally construed, potentially cognizable in federal court. Although unclear, it appears Petitioner is trying to outline four grounds for relief in his petition. However, Petitioner used virtually identical language to describe each of his grounds for relief. Generally, Petitioner states the following for each ground: "Due to being appointed with unafective [sic] assistance of counsel, a attorney, who join with the prosecution to have a trial with a broadcast with no victim, using photos no police reports count 1 and count 2 different dates. Petitioner is being denied the right to appeal." (Filing No. 1 at CM/ECF p. 7.)

As best as the court can tell, Petitioner maintains, at least in part, that he received ineffective assistance of counsel. However, the court is unable to ascertain exactly why Petitioner believes counsel was ineffective.

On its own motion, the court will grant Petitioner leave to file an amended petition which clearly sets forth the reasons why Petitioner believes counsel acted in a deficient manner. In his amended petition, Petitioner may also clearly set forth any other grounds for relief. Petitioner is advised that failure to file an amended petition within 30 days of this order will result in the court dismissing this action without

further notice.

1. Petitioner shall file an Amended Petition for Writ of Habeas Corpus within 30 days of this order. If an amended petition is not filed, this case will be dismissed without further notice to Petitioner.

2. The clerk of court is directed to set a pro se case management deadline with the following text: June 13, 2016: Check for amended petition.

3. Petitioner's Motion for Status (Filing No. 3) is denied as moot.

DATED this 13th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge